IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-299 |
| v. | |
| 275 MILTON RAHN ROAD RINCON, GEORGIA 31326, | |
| Defendant. | |

**O R D E R**

On December 14, 2018, Plaintiff United States of America (the "Government") filed a Verified Complaint for Civil Forfeiture *In Rem* against real property located at 275 Milton Rahn Road, Rincon, Georgia 31326 (the "Defendant Property"). (Doc. 1.) Ingrid Lopez Tello (the "Claimant") subsequently filed an Answer claiming ownership of the Defendant Property and opposing its forfeiture. (Doc. 5.) Presently before the Court is the Government's Motion to Strike Third-Party Claim Filed by Ingrid Lopez Tello, (doc. 20). Claimant has not responded to the Motion. Due to the nature of this case and the interests at stake, the Court is reluctant to rule on the Government's Motion to Strike without providing Claimant an opportunity to respond or advising Claimant of the consequences for failing to respond.

Accordingly, the Court **ORDERS** Claimant to respond to the Government's Motion to Strike within **twenty-one** (**21**) **days** of this Order. **Should Claimant Ingrid Lopez Tello fail to comply with this Order, the Court will presume that Claimant does not oppose the Government's Motion and may dismiss her claim.** See Local R. 7.5 ("Failure to respond . . .

shall indicate that there is no opposition to a motion."); see also United States v. $ 12,126.00 in United States Currency, 337 F. App'x 818, 820 (11th Cir. 2009) (affirming district court's dismissal of third-party forfeiture claim where claimant did not comply with procedural rules).

**SO ORDERED**, this 4th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA