IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>275 MILTON RAHN ROAD, RINCON, GEORGIA 31326,<br><br>  Defendant. | CIVIL ACTION NO.: 4:18-cv-299 |

**O R D E R**

Plaintiff has advised the Court that the parties have reached a settlement in this case and that they are working to finalize the settlement documents and will submit a Decree of Forfeiture and Order for Delivery after the settlement has been consummated.  (Doc. 39.)  Therefore, the Court **CONTINUES** the Trial Preparation Scheduling Conference currently scheduled for August 4, 2022, (see doc. 35), and **ADMINISTRATIVELY CLOSES** this case for **SIXTY (60) DAYS** so that the parties may finalize the settlement and submit the necessary documents to the Court so that the case may be dismissed.

**SO ORDERED**, this 2nd day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA